UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD COOLEY,

    Plaintiff,                                              Case No. 14-cv-10529
                                                                 Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #21), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #20), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #19)

On February 27, 2015, Magistrate Judge Michael J. Hluchaniuk issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff Richard Cooley's Motion for Summary Judgment (ECF #19) and grant the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #20). (*See* ECF #21.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 24, Pg. ID 536.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,*

1

829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter.  *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's February 27, 2015, Report and Recommendation (ECF #21) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Plaintiff's October 16, 2014, motion for summary judgment (ECF #19) is **DENIED**, and that Defendant's November 10, 2014, motion for summary judgment (ECF #20) is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
