UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD COOLEY,

      Plaintiff,                                    Case No. 14-cv-10529
                                                 Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## JUDGMENT

      For the reasons stated in the Order Adopting Report and Recommendation issued on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's decision is AFFIRMED.  This case is hereby DISMISSED in its entirety with prejudice.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2015, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113

1